UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

ULLES FOX,

    *Plaintiff*

    v.

WABTEC CORPORATION,

    *Defendant*

Civil Action No. 2:07-CV-01110-GLL

The Honorable Gary L. Lancaster

## ORDER

AND NOW, this 2nd day of Sept, 2008, upon stipulation of the parties and after reviewing the terms of settlement between the parties, it is hereby ORDERED that the terms of settlement are approved and this action be and hereby is DISMISSED WITH PREJUDICE. Each party to bear their own costs.

_____
United States District Judge